UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-30311-acs |
| M&P COLLECTIONS, INC. AND F&M LAW FIRM, P.S.C. | : | CHAPTER 7 |
| DEBTORS. | : | JOINTLY ADMINISTERED |

**ROBERT W. KEATS, CHAPTER 7 TRUSTEE**                                  **PLAINTIFF**

vs.                                                                                                     **ADVERSARY PROC. 21-03003-acs**

**FLEXENTIAL CORP.**                                                                          **DEFENDANT**

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Come the Plaintiff, Robert W. Keats, Chapter 7 Trustee, by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), made applicable herein by Fed. R. Bank. P. 7041, does hereby stipulate to the voluntary dismissal with prejudice of its Complaint [Doc. 1] against Defendant, Flexential Corp. Each party shall bear its own costs herein.

**FOWLER BELL PLLC**

*/s/ Matthew D. Ellison*
John E. Hinkel, Jr., Esq. (KBA 32112)
Matthew D. Ellison, Esq. (KBA 91016)
300 West Vine Street, Suite 600
Lexington, KY  40507-1751
Telephone: (859) 252-6700
Facsimile: (859) 255-3735
Email:    JHinkel@Fowlerlaw.com
              MEllison@Fowlerlaw.com
**ATTORNEYS FOR ROBERT W. KEATS CHAPTER 7 TRUSTEE**

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this the 12th day of February 2021, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case and to those persons listed below by first class postage paid mail and/or electronic service.

Flexential Corp.
c/o Corporation Service Company
2626 Glenwood Avenue, Ste 550
Raleigh, NC  27608
*Via First Class Postage Paid Mail*

Scott C. James
scott.james@flexential.com
*Via e-mail*

*/s/*
**COUNSEL FOR ROBERT W. KEATS
CHAPTER 7 TRUSTEE**

3